JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS SCOTT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TIM PEREZ,<br><br>　　　　Respondent. | Case No. CV 15-02762-R (DFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: August 17, 2016

_____
MANUEL L. REAL
United States District Judge